W4872G7, 52,971-06
Court Criminal Appeal
Capital Station
PO Box 12308
Austin Texas

Ex party
CharlesWesterby

protest

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 27 2015
Abel Acosta, Clerk

Sent you say or State of Texas
Say under Tex. Gou't Code 501.0085
wich Came Rule Jan 1990 2005 I had
S4 did Not come Because prole Said
under 65th Legidatore Sent you Say
Not 71st Legiclation Now let me out
On prole Reson under 71st Legicalation
had S4 Back Then Over Stay my Time

1 or 2 Thing bmust happen 1 Let out
under 71st Legiclation give Back County
7t Court criminal Appeal let Deside What Law
in Sign _____ Date 01/20/15

W4872G-7.
Court Criminal Appeal
Capital Station
PO Box 12308
Austin Texas

Ex party
Charls Westerby          Protest


          Sent you say on State of Texas
     Say under Tex. Gov't Code 501.0081
   wich Came Rule Jan 1990 2005 I had
S 4 did Not Come Because prole said
under 65th Legidstore Sent you say
Not 71st Legiclation Now let me out
on prole Reson under 71st Legicalation
had S 4 Back Then over Stay my Time

   I on 2 Thing must happen 1 Let out
under 71st Legiclation give Back County
7t Court criminal Appeal let Deside What Law
in    Sign [signature]                    Date 01/20/15